429 A.2d 57

Morgan et al., Appellants, v. Keiper et al.

Argued March 11, 1980. William R. Keller, for appellants; Edward H. Walter, for Division 164–Amalgamated Transit Union, appellees; Joseph P. Mellody, Jr., for Keiper et al., appellees, and submitted a brief on behalf of Luzerne County Transportation Authority, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.

429 A.2d 57

Myhre, Inc. v. Beavertown Cast Stone et al., Appellants.

Argued June 9, 1980. Harris F. Goldich, for appellants; Eugene E. Pepinsky, Jr., for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.